```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Shara Kellam

     v.                                          Case No. 23-cv-546-LM-AJ

Residence Inn by Marriot et al.

## JUDGMENT

In accordance with the order by Chief Judge Landya B. McCafferty dated September 16, 2024, approving the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 2, 2024, judgment is hereby entered.

                                            By the Court:

                                            /s/ Daniel J. Lynch
                                            Daniel J. Lynch
                                            Clerk of Court

Date: September 16, 2024

cc: Shara Kellam, pro se